KARIN J. IMMERGUT, OSB #96314
United States Attorney
District of Oregon
PAMALA R. HOLSINGER, OSB #89263
Assistant United States Attorney
Pamala.Holsinger@usdoj.gov
1000 SW Third, Suite 600
Portland, OR 97204-2902
Telephone: (503) 727-1000
Facsimile: (503) 727-1117
    Of Attorneys for United States

FILED '05 MAR 28 13:14 USDC-ORP

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| UNITED STATES OF AMERICA | ) | No. CR 05-128-KI |
| | ) | |
| v. | ) | **INFORMATION** |
| | ) | |
| **STEVEN ROBERT WILSON,** | ) | [18 U.S.C. § 1993(a)(8)] |
| | ) | |
| Defendant. | ) | |

**THE UNITED STATES ATTORNEY CHARGES:**

On or about March 2, 2004, in Yamhill County, in the District of Oregon, **STEVEN ROBERT WILSON**, defendant herein, did willfully threaten to commit a violent act against a mass transportation system, to wit: defendant threatened to interfere with and derail a train operated by Willamette and Pacific Railroad by using a destructive device to remove a portion of the track; all in violation of Title 18, United States Code, Section 1993(a)(8).

DATED this 28 day of March 2005.

                KARIN J. IMMERGUT
                United States Attorney

                _/s/ Pamala R. Holsinger_
                PAMALA R. HOLSINGER
                Assistant United States Attorney